# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RODGERS, *et al.*, | No. 2:19-cv-10518-JAK (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HERBALIFE INTERNATIONAL OF AMERICA, INC., | |
| Defendant. | **JS-6** |

**JUDGMENT IS HEREBY ENTERED** as follows:

1. This case is an ancillary discovery matter seeking to compel documents and testimony from a non-party Florida resident, Jorge de la Concepcion.

2. The underlying matter is *Lavigne, et al. v. Herbalife, Ltd., et al.*, Case No. 2:18-cv-07480-JAK (MRWx), in the United States District Court, Central District of California (the "Underlying Action").

3. On November 22, 2019, Plaintiffs in the Underlying Action initiated a Rule 45 motion to compel proceeding in the United Stated District Court, Southern District of Florida, bearing Case No. 1:19-mc-24847.

4. On December 11, 2019, Magistrate Judge Edwin G. Torres of the United Stated District Court, Southern District of Florida, transferred this ancillary discovery proceeding to the United States District Court, Central District of California.

5. On December 18, 2019, the case was transferred to the undersigned and Magistrate Judge Michael R. Wilner.

6. Thereafter, the discovery dispute regarding a non-party Florida resident, Jorge de la Concepcion, was briefed and resolved in the Underlying Action.

7. On November 16, 2023, Final Judgment in the Underlying Action was entered, dismissing that action with prejudice.

8. In light of the Final Judgment, this matter has been rendered **MOOT**. Accordingly, the Clerk of the Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: December 1, 2023

John A. Kronstadt
United States District Judge